# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

JOHN HOUTSMA,

      Plaintiff,

v.                                      CASE NO.  4:19cv130-RH-CAS

DONALD SAWYER et al.,

      Defendants.

_____/

## ORDER FOR TRANSFER

This case is before the court on the magistrate judge's report and recommendation, ECF No. 11, and the objections, ECF No. 12. I have reviewed de novo the issues raised by the objections.

The report and recommendation concludes that the case should be transferred to the Middle District of Florida, where the defendants reside in the events at issue occurred. In the objections, the plaintiff says he filed the case in the Northern District because the Middle District is biased against him. The plaintiff has offered no support for that allegation, and it would not matter anyway. The remedies for alleged bias do not include filing a claim in the wrong district.

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's

opinion. This case is transferred to the United States District Court for the Middle

District of Florida, Ft. Meyers Division. The clerk must take all steps necessary to

effect the transfer.

SO ORDERED on October 21, 2019.

s/Robert L. Hinkle
United States District Judge